# THE OMNIBUS INDEX

**Covering all Published Ohio Cases and showing on what page of The Abstract will be found the final disposition of all those which are carried to the Supreme Court.** The only index of its kind.

For list of abbreviations, see issue of June 30, 1928, (No. 26) and subsequent quarterly digests.

Atlantic Coast Line Rd. Co. v. Spievack. (S. R.) OA. 6 Abs. 480.

Banana Sales Corp. v. Chuchanis. OA. 6 Abs. 416; OS. No. 21003, 6 Abs. 189, 221; aff. 389, Syl. 384; 119 Oh. St. 25★; 162 NE. 274 (OS.).

Booth et v. Clapp, Jr., et. OS. No. 21215, 6 Abs. 487.

Brennemann v. Brown et. OA. 6 Abs. 479.

Buckeye State Bldg. & Loan Co. v. Ryan. OA. 4 Abs. 826; OS. No. 21319, 6 Abs. 487; 25 Oh. Ap. 68★.

Central Ohio Transit Co. v. P. U. C. OS. No. 21317, 6 Abs. 487.

Cincinnati St. Ry. Co. v. Hickey. OA. 6 Abs. 483.

Cohare Realty Co. v. Stilson. OA. 5 Abs. 101; OA. 6 Abs. 486; 27 Oh. Ap. 345★; 161 NE. 353.

Colombo v. City of Youngstown. OA. 6 Abs. 475.

Denny v. Royal Ind. Co. OA. 5 Abs. 290; OS. No. 20524, 5 Abs. 314, MCO. 400; 26 Oh. Ap. 367★.

Edmunds v. State. OA. 5 Abs. 494; OA. 6 Abs. 477.

Erie Rd. Co. v. Bender Streibig & Co. OA. 6 Abs. 480; OS. No. 21191, 6 Abs. 373.

Ezell v. State. OS. No. 20931, 6 Abs. 77, 125, aff. 357, Syl. 488; 119 Oh. St. 39★; 162 NE. 106.

Federation Sav. & L. Co. v. Schmitt et. OA. 6 Abs. 420; 27 Oh. Ap. 378★; 1..61 NE. 349.

Flauto v. Kovach et. OA. 6 Abs. 476.

Griggs, Cooper & Co. v. U. S. Print. & Litho. Co. (S. R.) OA. 6 Abs. 486; 161 NE. 789.

### (Continued next week)

973.  PUBLIC UTILITIES.
Jonas v. Swetland Co. OS. 6 Abs. 488.

973a.  PUBLIC UTILITIES COMMISSION.
Portsmouth Gas. Co. v. Pub. Util. Com. OS. 6 Abs. 488.
Lake Shore Elect. Ry. Co. v. P. U. C. OS. 6 Abs. 487.

991.  RAILROADS.
Erie Rd. Co. v. Bender, Streibig & Co. OA. 6 Abs. 480.
Atlantic Coast Line Rd. Co. v. Spievack. OA. 6 Abs. 480.

997.  REAL ESTATE.
See 615 Husband & Wife. Shafer v. Shafer. OA. 6 Abs. 481.

1012.  REFORMATION.
Flauto v. Kovach, et. OA. 6 Abs. 476.

1053.  ROADS & HIGHWAYS.
Tillman v. Toledo. OA. 6 Abs. 485.

1065.  SCHOOLS & SCHOOL DISTRICTS.
State ex Sipe v. Summit Co. Bd. Ed. OA. 6 Abs. 486.

1066.  SCINTILLA RULE.
See 396 Directed Verdicts. Ruben v. Superior Transf. Co. OA. 6 Abs. 479.

1100.  SPECIFIC PERFORMANCE.
Varga v. Karockai. OA. 6 Abs. 484.

1104.  STATUTES.
See 799 Municipalities. Marko v. City of Youngstown. OA. 6 Abs. 477.

1138.  SUPREME COURT.
See 465 Error Proceedings. Portsmouth Gas Co. v. Pub. Util. Com. OS. 6 Abs. 488.

1181.  TRADE NAMES & MARKS.
Griggs, Cooper & Co. v. U. S. Print. & Litho. Co. OA. 6 Abs. 486.

1204.  UNDUE INFLUENCE.
See 1100 Specific Performance. Varga v. Karockai. OA. 6 Abs. 484.

1235.  VERDICTS.
Tillman v. Toledo. OA. 6 Abs. 485.

1265.  WEIGHT OF EVIDENCE.
Tillman v. Toledo. OA. 6 Abs. 485.

See 465 Error Proceedings. Ezell v. State. OS. 6 Abs. 488.

1279.  WORK & LABOR.
Walsh Const. Co. v. Guard. Tr. Co. OA. 6 Abs. 485.

1283.  WORKMEN'S COMPENSATION.
State ex Williams v. Indust. Com. OS. 6 Abs. 487.

---

## PORTSMOUTH GAS CO. v. PUB. UTIL. COM.

Ohio Supreme Court.

No. 20752.  Decided May 31, 1928.

465.  ERROR PROCEEDINGS — 1138.  Supreme Court.

**Where judges of Supreme Court are equally** div d~o in opinion as to merits of case (one judge not participating), and are unable for that reason to agree upon judgment, entry of that fact constitutes affirmance.

973a.  PUBLIC UTILITIES COMMISSION.

1.  That commission based valuation largely upon testimony of its own engineer, held not sufficient grounds for reversal.

2.  Real Estate not intended to be used under present proposed rates, held properly rejected in arriving at valuation.

3.  Where distributing company had been in business for more than 50 years, allowance for expenses incurred in organization, preliminary engineering, legal expense, interest and taxes during construction, cost of capital for reconstruction, held properly rejected.

4.  Failure to make allowance for going concern value, held not sufficient grounds for reversal.

For reference to full opinion, see Omnibus Index, last page, this issue.

---

## JONAS v. SWETLAND CO.

Ohio Supreme Court.

No. 20921.  Decided May 31, 1928.

973.  PUBLIC UTILITIES—703.  Landlord & Tenant.

Realty Company, which furnishes electric current to tenants, but not to the public, is **not a public utility.**

For reference to full opinion, see Omnibus Index, last page, this issue.

---

## EZELL v. STATE.

Ohio Supreme Court.

No. 20931.  Decide May 31, 1928.

465.  ERROR PROCEEDINGS—1265.  Weight of Evidence.

Supreme Court will not weigh evidence.

For reference to full opinion, see Omnibus Index, last page, this issue.

---

## METROPOLITAN LIFE INS. CO. v. CONTIE, Admr.

Ohio Supreme Court.

No. 203.5.  Decided May 31, 1928.

465.  ERROR PROCEEDINGS.

Where record in case presents determination by jury of question of fact, court will not review.

For reference to full opinion, see Omnibus Index, last page, this issue.